An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SOUTHERN HILLS MEDICAL CENTER, LLC D/B/A SOUTHERN HILLS HOSPITAL AND MEDICAL CENTER; JEANNE JAVINAR, RN; VERONICA PATAG, RN; AND SYLVIA VASQUEZ,
Petitioners,
vs.
THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE KENNETH C. CORY, DISTRICT JUDGE,
Respondents,
and
PHYLLIS JONES; AND EVERETT JONES,
Real Parties in Interest.

No. 62591

**FILED**

APR 2 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

On February 11, 2013, petitioners filed the instant writ petition and informed the clerk of this court that their appendix would be submitted shortly thereafter. *See* NRAP 21(a)(4) (requiring a writ petition to be submitted with an appendix containing documents essential to an understanding of the matters set forth in the petition). To date, petitioners have not filed the appendix.[1] Because it is within our sole

_____

[1] In March, petitioners informed the clerk of this court that the underlying matter had been settled and that they would be voluntarily withdrawing their writ petition. To date, no such notice of withdrawal has been filed.

SUPREME COURT
OF
NEVADA

(O) 1947A

13-12500

discretion to determine whether a writ will be considered, *See Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991), and because petitioners have failed to submit the information necessary for us to do so, NRAP 21(a)(4), we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:     Hon. Kenneth C. Cory, District Judge
        Hall Prangle & Schoonveld, LLC/Las Vegas
        Ramzy P. Ladah
        Patrick K. McKnight
        Eighth District Court Clerk